**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JONATHAN MARTINEZ            )    NO. CV 14-05647-BRO (AS)
                            )
          Petitioner,        )
                            )
     v.                      )         **JUDGMENT**
                            )
CLARK E. DUCART, Warden,     )
                            )
          Respondent.        )
                            )
_____)

     Pursuant to the Order Accepting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and dismissed with
prejudice.

          DATED:  May 28, 2015


                              _____
                              BEVERLY REID O'CONNELL
                              UNITED STATES DISTRICT JUDGE